AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GREGORY H. SMITH, on behalf of himself and all others similarly situated,

v.

AMARANTH ADVISORS L.L.C., AMARANTH LLC, AMARANTH MANAGEMENT LP, AMARANTH INTERNATIONAL LTD., AMARANTH PARTNERS LLC, AMARANTH CAPITAL PARTNERS LLC, AMARANTH GROUP INC., AMARANTH ADVISORS (CALGARY) ULC, BRIAN HUNTER, MATTHEW DONOHOE, NICHOLAS M. MAOUNIS, ALX ENERGY, INC., JAMES DELUCIA, J.P. MORGAN FUTURES, INC., and J.P. MORGAN CHASE & CO.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CIV 7943

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

_____    SEP 1 0 2007
CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12-20-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kenneth Smith | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other  Mailed to Defendat Amaranth Management Limited Partnership's Counsel Winston + Strawn 200 Park Ave. NY, NY

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-20-07
            Date

Signature of Server

500 5th Ave NY, NY
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Schedule "A"

Brian Hunter
Calgary, Canada

Matthew Donohoe
Toronto, Canada

Nicholas M. Mounis
20 Andrews Farm Road
Greenwich, CT 06831
(Fairfield County)

James Delucia
89 Powell Road
Allendale, NJ 07401
(Bergen County)

Amaranth Advisors, LLC
c/o United Corporate Services, Inc.
66 Cedar Street
Newington, CT 06111
(Fairfield County)

Amaranth L.L.C.
c/o United Corporate Services, Inc.
66 Cedar Street
Newington, CT 06111
(Fairfield County)

Amaranth Management Limited Partnership
c/o United Corporate Services, Inc.
66 Cedar Street
Newington, CT 06111
(Fairfield County)

Amaranth International Advisors L.L.C.
c/o Secretary of State
30 Trinity State
Hartford, CT 06106
(Hartford County)

Amaranth Partners L.L.C.
c/o United Corporate Services, Inc.
66 Cedar Street

Newington, CT 06111
(Fairfield County)

Amaranth Capital Partners, LLC
c/o United Corporate Services, Inc.
66 Cedar Street
Newington, CT 06111
(Fairfield County)

Amaranth Group Inc.
c/o United Corporate Services, Inc.
66 Cedar Street
Newington, CT 06111
(Fairfield County)

Amaranth Advisors (Calgary) ULC
No Registered Agents found in US.

ALX Energy, Inc.
108 Fox Drive
Allendale, NJ 07401
(Bergen County)

J.P. Morgan Futures, Inc.
c/o United States Corporation Company
80 State Street
Albany, NY 12207
(Albany County)

JPMorgan Chase & Co,
Registered Agent:
CT Corporation System
111 Eighth Avenue, 13th Floor
New York, NY 10017
(New York County)