UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION | : | MASTER FILE |
| | : | NO: 07 CV-6377 |
| | : | |
| This Document Relates To: | : | **MOTION TO ADMIT COUNSEL** |
| | : | *PRO HAC VICE* |
| ALL ACTIONS | : | |
| | : | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and

Eastern Districts of New York, I, Richard S. Goldstein, a member in good standing of the bar of this Court,

hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Geoffrey R. Aronow |
| Firm Name: | Heller Ehrman LLP |
| Address: | 1717 Rhode Island Avenue |
| City/State/Zip: | Washington, D.C. 20036 |
| Phone Number: | 202-912-2110 |
| Fax Number: | 202-912-2020 |

Mr. Aronow is a member in good standing of the Bars of the State of New York and the District of Columbia (see attached certificates of good standing).

There are no pending disciplinary proceedings against Mr. Aronow in any State or Federal court.

Dated: December 21, 2007

New York, New York

Respectfully submitted,

*Richard S. Goldstein*

Sponsor: Richard S. Goldstein

| | |
|---|---|
| SDNY Bar: | RG-9560 |
| Firm Name: | Heller Ehrman LLP |
| Address: | Times Square Tower, 7 Times Square |
| City/State/Zip: | New York, New York 10036 |
| Phone Number: | 212-847-8704 |
| Fax Number: | 212-763-7600 |



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710


I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

GEOFFREY ARONOW

was on the   21ST   day of   JUNE, 1982

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.


In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on
December 7, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
        Deputy Clerk



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, *Michael J. Novack,* Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Geoffrey Francis Aronow

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **19th day of July, 2005,** is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **4th day of December, 2007.**



_____
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION | : | MASTER FILE NO:  07 CV-6377 |
| This Document Relates To: | : | **AFFIDAVIT OF RICHARD S. GOLDSTEIN** |
|  | : | **IN SUPPORT OF MOTION** |
| ALL ACTIONS | : | **TO ADMIT COUNSEL** |
|  | : | *PRO HAC VICE* |

State of New York       )
                                    )    ss:
County of New York    )

Richard S. Goldstein, being duly sworn, hereby deposes and says as follows:

1.  I am a Shareholder of Heller Ehrman LLP, counsel for Defendant Nicholas M. Maounis in the above captioned actions. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Nicholas M. Maounis's motion to admit Geoffrey Aronow as counsel *pro hac vice* to represent Defendant Nicholas M. Maounis in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in 1995.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Geoffrey Aronow for several years.

4.  Mr. Aronow is a Shareholder of Heller Ehrman LLP, in Washington, DC.

5.  I have found Mr. Aronow to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I respectfully move for the admission of Geoffrey R. Aronow, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Geoffrey R. Aronow, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Geoffrey R. Aronow, *pro hac vice*, to represent Defendant Nicholas M. Maounis in the above captioned matter, be granted.

Dated: December 21, 2007
         New York, New York

Notarized: *[signature]*

LEIGH WYATT
NOTARY PUBLIC, State of New York
No. 01WY6162365
Qualified in Nassau County
Commission Expires March 12, 2011

Respectfully submitted,

*[signature]*

Name of Movant: Richard S. Goldstein

SDNY Bar Code: RG-9560

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | |
| IN RE: AMARANTH NATURAL GAS | : MASTER FILE | |
| COMMODITIES LITIGATION | : NO: 07 CV-6377 | |
| | : | |
| This Document Relates To: | : | **ORDER FOR ADMISSION** |
| | : | ***PRO HAC VICE*** |
| ALL ACTIONS | : | **ON WRITTEN MOTION** |
| | : | |

Upon the motion of Richard S. Goldstein, attorney for Defendant Nicholas M. Maounis

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Geoffrey R. Aronow

Firm Name: Heller Ehrman LLP

Address: 1717 Rhode Island Avenue, N.W.

City/State/Zip: Washington, D.C., 20036-3023

Telephone/Fax: 202-912-2119/202-912-2020

Email Address: Geoffrey.Aronow@hellerehrman.com

is admitted to practice *pro hac vice* as counsel for Defendant Nicholas M. Maounis in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $                    SDNY RECEIPT#

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION

MASTER FILE
NO. 07 Civ. 6377 (SAS)

This Document Relates To:

ALL ACTIONS

## CERTIFICATE OF SERVICE

I, Andrew Levine, an attorney, hereby certify that, on the 21st day of December 2007, I

caused a true and correct copy of defendant Nicholas M. Maounis' Motion to Admit Counsel *Pro*

*Hace Vice*, Affidavit of Richard S. Goldstein in Support of Motion to Admit Counsel *Pro Hace*

*Vice*, and Proposed Order for Admission *Pro Hace Vice* on Written Motion in the above

captioned cases to be served, pursuant to the Court's Revised Pretrial Order No. 1, dated

November 19,2007, on the parties listed below by electronic mail:

Christopher J. Gray
Law Office of Christopher J. Gray, P.C
460 Park Avenue 21st Floor
New York, NY 10022
(212) 838-3221
Fax: (212) 508-3695
gray@cjgraylaw.com
Attorney for Plaintiff Roberto E. Calle Gracey

Louis Fox Burke
Louis F. Burke PC
460 Park Avenue 21st Floor
New York, NY 10022
(212) 682-1700
Fax: (212) 808-4280
lburke@lfblaw.com
Attorney for Plaintiff Roberto E. Calle Gracey

Bernard Persky
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0868
Fax: (212) 883-7068
bpersky@labaton.com
Attorney for Consolidated Plaintiff John F. Special

Geoffrey Milbank Horn
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.,(WP)
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
ghorn@lowey.com
Attorney for Consolidated Plaintiff John F. Special

Gregory Scott Asciolla
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212)-907-0827
Fax: (212)-818-0477
gasciolla@labaton.com
Attorney for Consolidated Plaintiff John F. Special

Vincent Briganti
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.,(WP)
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: 914-997-0035
vbriganti@lowey.com
Attorney for Consolidated Plaintiff John F. Special

2

Robert M. Rothman
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
rrothman@csgrr.com
Attorney for Consolidated Plaintiff Gregory H. Smith

Samuel Howard Rudman
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com
Attorney for Consolidated Plaintiff Gregory H. Smith

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
Fax: (212) 719-4677
lshllp@lshllp.com
Attorney for Consolidated Plaintiffs Alan Martin and Dax Partners LP

Ian Trevor Stoll
Lovell Stewart Halebian, LLP
500 Fifth Avenue, 58th Flr.
New York, NY 10110
(212)-608-1900
Fax: (212)-719-4677
istoll@excite.com
Attorney for Consolidated Plaintiffs Alan Martin and Dax Partners LP

Daniel John Toal
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3869
Fax: (212)-492-0869
dtoal@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

3

Eric S. Goldstein
Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P.
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Fax: (212)-492-0204
egoldstein@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

Marguerite Sophia Dougherty
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3148
Fax: (212)-492-0148
mdougherty@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

Mark Floyd Pomerantz
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
212.373.3010
Fax: 212.373.0010
mpomerantz@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

Jason Harold Wilson
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3780
Fax: (212)-492-0780
jwilson@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

Amelia T.R. Starr
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4516
Fax: (212) 450-3516
amelia.starr@dpw.com
Attorney for Defendant Amaranth LLC

4

Michael S. Kim
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
(212) 488-1200
Fax: (212) 488-1220
michael.kim@kobrekim.com
Attorney for Defendant Brian Hunter

Mark J. Stein
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2310
Fax:  (212) 455-2502
mstein@stblaw.com
Attorney for Defendant Matthew Donohoe

Steven M. Schwartz
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-4193
(212) 294-6604
Fax: (212) 294-4700
Sschwart@winston.com
Attorney for Defendants Amaranth Advisors LLC, Amaranth Group, Inc., Amaranth Partners
LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULS

Adam Hakki
Sherman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
(212) 848 4924
Fax: 212 848 7179
ahakki@shearman.com
Attorneys for Defendant Amaranth International Limited

Dated: New York, New York
        December 21, 2007

Andrew Levine

5