AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

In Re: Amaranth Natural
Gas Commodities Litigation

**APPEARANCE**

Case Number: 07 CIV 6377

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Defendant Amaranth LLC

I certify that I am admitted to practice in this court.

March 24, 2008
Date

Signature

Dharma Betancourt Frederick                DF 1821
Print Name                                  Bar Number

450 Lexington Avenue
Address

New York             NY              10017
City                 State           Zip Code

(212) 450-4116              (212) 450-3116
Phone Number               Fax Number