UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | )<br>)<br>)<br>)<br>) MASTER FILE NO.<br>) 07 CIV. 6377 (SAS)<br>)<br>) **ECF Case**<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Defendant Amaranth LLC (the "Fund") certifies that there exist no publicly held parent companies, subsidiaries, or affiliates of the Fund.

Dated: New York, New York
       March 25, 2008

Respectfully Submitted,

_____
Amelia T.R. Starr
Sheldon L. Pollock
Dharma B. Frederick
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 450-3800

*Attorneys for Amaranth LLC*