UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

IN RE: AMARANTH NATURAL GAS
COMMODIITES LITIGATION : Electronically Filed

This Document Relates to: : Master File No.: 07 Civ. 6377 (SAS)

ALL ACTIONS :

------------------------------------

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT
### OF DEFENDANT AMARANTH ADVISORS (CALGARY) ULC

Defendant Amaranth Advisors (Calgary) ULC ("Amaranth Calgary") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that it is a Nova Scotia unlimited liability corporation with its principal place of business in Calgary.  Amaranth Calgary is a wholly owned subsidiary of Amaranth Advisors (Luxembourg) S.a.r.l.  No publicly held corporation owns a 10% or greater interest in Amaranth Calgary.

Dated: New York, New York
       April 10, 2008

Respectfully submitted,
**WINSTON & STRAWN LLP**
By: /s/ David E. Mollón
David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
dmollon@winston.com
sschwartz@winston.com

200 Park Avenue
New York, New York 10166
(212) 294-6700

Stephen J. Senderowitz
Kristen V. Grisius
Gretchen A. Vetter
ssenderowitz@winston.com
kgrisius@winston.com
gvetter@winston.com

                                                                                35 West Wacker Drive
                                                                                Chicago, IL  60601
                                                                                (312) 558-5600

*Attorneys for Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Capital Partners LLC, Amaranth Group Inc., Amaranth Management Limited Partnership, and Amaranth Partners LLC*

2