**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------

|  |  |  |
|---|---|---|
| **IN RE: AMARANTH NATURAL GAS COMMODIITES LITIGATION** | : | Electronically Filed |
| **This Document Relates to:** | : | Master File No.: 07 Civ. 6377 (SAS) |
| **ALL ACTIONS** | : |  |

------------------------------------

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT AMARANTH GROUP INC.**

Defendant Amaranth Group Inc. ("AGI") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that is a Delaware Corporation that does not have a parent corporation.  No publicly held corporation owns a 10 percent or greater interest in AGI.

Dated: New York, New York
April 10, 2008

Respectfully submitted,
**WINSTON & STRAWN LLP**
By: /s/ David E. Mollón
David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
dmollon@winston.com
sschwartz@winston.com

200 Park Avenue
New York, New York 10166
(212) 294-6700

Stephen J. Senderowitz
Kristen V. Grisius
Gretchen A. Vetter
ssenderowitz@winston.com
kgrisius@winston.com
gvetter@winston.com

35 West Wacker Drive

Chicago, IL  60601
(312) 558-5600

*Attorneys for Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Capital Partners LLC, Amaranth Group Inc., Amaranth Management Limited Partnership, and Amaranth Partners LLC*