UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------
:
**IN RE: AMARANTH NATURAL GAS**
**COMMODIITES LITIGATION**          :          Electronically Filed

**This Document Relates to:**       :          Master File No.: 07 Civ. 6377 (SAS)

**ALL ACTIONS**                     :

------------------------------------

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT AMARANTH ADVISORS L.L.C.**

Defendant Amaranth Advisors L.L.C. ("Amaranth") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that it is a Delaware limited liability company with its principal place of business in Connecticut. Amaranth Management Limited Partnership is a parent of Amaranth. No publicly held corporation owns a 10% or greater interest in Amaranth.

Dated: New York, New York
       April 10, 2008

Respectfully submitted,
**WINSTON & STRAWN LLP**
By: /s/ David E. Mollón
David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
dmollon@winston.com
sschwartz@winston.com

200 Park Avenue
New York, New York 10166
(212) 294-6700

Stephen J. Senderowitz
Kristen V. Grisius
Gretchen A. Vetter
ssenderowitz@winston.com
kgrisius@winston.com
gvetter@winston.com

        35 West Wacker Drive
        Chicago, IL  60601
        (312) 558-5600

*Attorneys for Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Capital Partners LLC, Amaranth Group Inc., Amaranth Management Limited Partnership, and Amaranth Partners LLC*

CHI:2040903.1