UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION : | Electronically Filed |
| This Document Relates to: : | Master File No.: 07 Civ. 6377 (SAS) |
| ALL ACTIONS : | Oral Argument Requested |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOTICE OF MOTION TO DISMISS THE
CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT BY
DEFENDANTS AMARANTH ADVISORS L.L.C.,
AMARANTH ADVISORS (CALGARY) ULC,
AMARANTH GROUP INC.,
AMARANTH MANAGEMENT LIMITED PARTNERSHIP,
AND NICHOLAS M. MAOUNIS

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and declaration and exhibits thereto, and upon all prior pleadings and proceedings herein, Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Group Inc., Amaranth Management Limited Partnership and Nicholas M. Maounis, by and through their undersigned counsel, respectfully move this Court, before the Honorable Shira A. Scheindlin, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on such day and at such time designated by the Court, for an order (a) pursuant to Federal Rules of Civil Procedure 12(b)(6) and/or 8 dismissing this action with prejudice for failure to state a claim or, in the alternative, pursuant to Federal Rule of Civil Procedure 9(b) dismissing this action with prejudice for failure to plead fraud with particularity; and (b) granting such other relief as this Court deems just and proper.

1

**PLEASE TAKE FURTHER NOTICE** that pursuant to the schedule set by the Court, papers in opposition to this motion shall be served on or before July 2, 2008, and Defendants' reply papers shall be served on or before July 14, 2008.

Respectfully Submitted,                                  Dated: June 23, 2008
                                                         New York, New York

| | |
|---|---|
| WINSTON & STRAWN LLP | HELLER EHRMAN LLP |
| By: /s/ David E. Mollón | |
| David E. Mollón (DM-5624) | Geoffrey F. Aronow (*pro hac vice*) |
| Steven M. Schwartz (SS-4216) | Thomas S. Kimbrell (*pro hac vice*) |
| dmollon@winston.com | geoffrey.aronow@hellerehrman.com |
| sschwartz@winston.com | thomas.kimbrell@hellerehrman.com |
| 200 Park Avenue | 1717 Rhode Island Avenue NW |
| New York, New York 10166 | Washington, DC 20016 |
| (212) 294-6700 | (202) 912-2000 |
| Stephen J. Senderowitz (Of Counsel) | Richard S. Goldstein (RG-9560) |
| Kristen V. Grisius (Of Counsel) | Andrew Levine (AL-3552) |
| Gretchen A. Vetter (Of Counsel) | richard.goldstein@hellerehrman.com |
| ssenderowitz@winston.com | andrew.levine@hellerehrman.com |
| kgrisius@winston.com | Times Square Tower |
| gvetter@winston.com | 7 Times Square |
| | New York, NY 10036 |
| 35 West Wacker Drive | (212) 832-8300 |
| Chicago, IL 60601 | |
| (312) 558-5600 | *Attorneys for Defendant Nicholas Maounis* |

*Attorneys for Defendants*
*Amaranth Advisors L.L.C.,*
*Amaranth Advisors (Calgary) ULC,*
*Amaranth Group, Inc., and*
*Amaranth Management Limited Partnership*


TO:    Vincent Briganti, Esq.
       Geoffrey M. Horn, Esq.
       Lowey Dannenburg Bemporad Selinger & Cohen, P.C.
       White Plains Plaza
       One North Broadway
       White Plains, NY 10601

Gregory Asciolla, Esq.
Bernard Pesky, Esq.
Labatow Sucharow & Rudoff LLP
140 Broadway
New York, NY 10117

Louis F. Burke, Esq.
Louis F. Burke PC
460 Park Avenue 21st Floor
New York, NY 10022

Christopher J. Gray, Esq.
Law Office of Christopher J. Gray P.C.
460 Park Avenue 21st Floor
New York, NY 10022

Samuel Howard Rudman, Esq.
Robert M. Rothman, Esq.
Coughlin, Stoia, Geller, Rudman & Robbins LLP
58 South Service Road
Melville, NY 11747

Christopher Lovell, Esq.
Ian Trevor Stoll, Esq.
Lovell Stewart Halebaian LLP
500 Fifth Avenue 58th Floor
New York, NY 10110

*Attorneys for Plaintiffs*

Karl Geercken, Esq.
Alan Mark Kanzer, Esq.
Craig Carpenito, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016

*Attorneys for Defendant TFS Energy Futures Inc.*

Amelia T.R. Starr, Esq.
Sheldon L. Pollock, Esq.
Dharma B. Frederick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant Amaranth LLC*

Steven R. Golderg, Esq.
Steven R. Goldberg, Attorney-at-Law
One North End Avenue, Suite 1107
New York, NY 10282

*Attorneys for Defendant ALX Energy Inc.*

Mark Stein, Esq.
Brijesh Dave, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant Matthew Donohoe*

Adam Hakki, Esq.
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

*Attorneys for Defendant Amaranth International Limited*

Marguerite Dougherty, Esq.
Eric S. Goldstein, Esq.
Mark Pomerantz, Esq.
Daniel Toal, Esq.
Jason Wilson, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

*Attorneys for Defendant J.P. Morgan Chase & Co.*

Michael S. Kim, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

*Attorneys for Defendant Brian Hunter*